JACE H. KIM, ESQ. (SBN 282039)
THE DOMINGUEZ FIRM, LLP
3250 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010
Telephone: 213.381.4011
Facsimile: 213.201.8212
Email: jace.kim@dominguezfirm.com

Attorneys for Plaintiff
Melissa Blacksmith

Kathy A. Le (SBN 279690)
Jianna Yun (SBN 328731)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, California 92618
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
Email: Kathy.Le@jacksonlewis.com
       Jianna.Yun@jacksonlewis.com

Attorneys for Defendant
West Coast Dermatology Billers, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BLACKSMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST DERMATOLOGY BILLERS, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-02140 DMG (KKx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed<br>in Superior Court: July 7, 2020<br>Removed:          October 13, 2020<br>Trial Date:          November 9, 2021 |

-1-

CASE NO.: 5:20-cv-02140 DMG (KKx)   JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, Plaintiff, MELISSA BLACKSMITH ("Plaintiff"), and Defendant, WEST COAST DERMATOLOGY BILLERS, LLC ("Defendant"), by and through their undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party bearing its/her own attorneys' fees and costs.

**SO STIPULATED.**

Dated: June 28, 2021        **THE DOMINGUEZ FIRM, LLP**

By:  */s/ Jace H. Kim*
     Jace H. Kim, Esq.
     Attorneys for Plaintiff,
     Melissa Blacksmith

Dated: June 28, 2021        **JACKSON LEWIS P.C.**

By:  */s/ Kathy A. Le*
     Kathy A. Le
     Jianna Yun
     Attorneys for Defendant,
     West Coast Dermatology Billers, LLC

# PROOF OF SERVICE
## Melissa Blacksmith v. West Coast Dermatology, et al.
## USDC Case No: 5:20-cv-02140 DMG (KKx)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 200 Spectrum Center Drive, Suite 500, Irvine, California 92618.

On **June 28, 2021**, I served the foregoing document(s) described as: **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** in this action addressed as follows:

| | |
|---|---|
| Jace H. Kim, Esq.<br>Carlos A. Perez, Esq.<br>Javier Ramirez, Esq.<br>THE DOMINGUEZ FIRM, LLP<br>3250 Wilshire Boulevard, Suite 1200<br>Los Angeles, CA  90010 | Attorney for Plaintiff **MELISSA BLACKSMITH**<br><br>Telephone:  213-381-4011<br>Facsimile:   213-201-8212<br>Email:   jace.kim@dominguezfirm.com<br>carlos.perez@dominguezfirm.com<br>javier.ramirez@dominguezfirm.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **June 28, 2021** at Irvine, California.

*/s/ Nicole Carlson*

Nicole Carlson          By: _____
Print Name                          Signature