# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BLACKSMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST DERMATOLOGY BILLERS, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: ED CV 20-2140-DMG (KKx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [19]** |

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE in its entirety. The parties shall bear their own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

DATED: July 6, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE